24162

Irene J. HOOGENBOOM, Respondent v. The CITY OF BEAUFORT, Appellant.

(451 S.E. (2d) 393)

Supreme Court

*Morris D. Rosen,* of *Rosen, Rosen & Hagood,* Charleston, and *Barry L. Johnson,* of *Biel, Clark & Johnson,* and *Mark H. Lund, III,* of *Novit & Scarminach, P.A.,* Hilton Head Island, *for appellant.*

*William B. Harvey, III,* of *Harvey & Battey, P.A.,* Beaufort, and *James B. Richardson, Jr.,* of *Svalina, Richardson & Smith,* Columbia, *for respondent.*

Heard Oct. 18, 1994.

Decided Nov. 28, 1994; Reh. Den. Dec. 19, 1994.

### ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

*Per Curiam:*

We granted certiorari to review the Court of Appeals' decision of *Hoogenboom v. The City of Beaufort,* — S.C. —, 433 S.E. (2d) 875 (1992). After careful review, we dismiss certiorari as improvidently granted.

Dismissed.